# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# ROBLOX

**Reg. No. 6,200,694**  
**Registered Nov. 17, 2020**  
**Int. Cl.: 9, 16, 25**  
**Trademark**  
**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)  
970 Park Place  
San Mateo, CALIFORNIA 94403

CLASS 9: Downloadable fiction electronic books on a variety of topics; downloadable non-fiction electronic books on a variety of topics

FIRST USE 10-30-2018; IN COMMERCE 10-30-2018

CLASS 16: Printed fiction books on a variety of topics; printed non-fiction books on a variety of topics; stickers

FIRST USE 5-21-2019; IN COMMERCE 5-21-2019

CLASS 25: T-shirts; women's clothing, namely, shirts; sweatshirts

FIRST USE 6-00-2019; IN COMMERCE 6-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3280422

SER. NO. 87-405,607, FILED 04-10-2017



Director of the United States  
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# BLOXY

**Reg. No. 5,460,112**
**Registered May 01, 2018**
**Int. Cl.: 41**
**Service Mark**
**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)
One Franklin Parkway, Building 910
San Mateo, CALIFORNIA 94403

CLASS 41: Entertainment services, namely, providing a website featuring photographic, audio, video and prose presentations featuring information in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing webcasts in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing; entertainment services, namely, providing recognition by the way of awards and contests to demonstrate excellence in the fields of computer software programming, computer software development, interactive online game play, music, art and clothing

FIRST USE 6-00-2013; IN COMMERCE 6-00-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-326,100, FILED 02-06-2017

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# POWERING IMAGINATION

**Reg. No. 5,292,052**  
**Registered Sep. 19, 2017**  
**Int. Cl.: 9, 35, 41**  
**Service Mark**  
**Trademark**  
**Principal Register**

Roblox Corporation (DELAWARE CORPORATION)  
60 East 3rd Ave., Suite 201  
San Mateo, CA 94401

CLASS 9: Video games software; computer software for interactive games

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

CLASS 35: On-line retail store services featuring clothing and clothing accessories

FIRST USE 5-10-2017; IN COMMERCE 5-10-2017

CLASS 41: Entertainment services, namely, providing a non-downloadable interactive game via electronic and optical communications networks

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-982,717, FILED 11-09-2015  
RAUL CORDOVA, EXAMINING ATTORNEY



*Joseph Matal*  
Performing the Functions and Duties of the  
Under Secretary of Commerce for  
Intellectual Property and Director of the  
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# ROBLOX

**Reg. No. 5,466,424**
**Registered May 08, 2018**
**Int. Cl.: 9, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**



Director of the United States
Patent and Trademark Office

Roblox Corporation (DELAWARE CORPORATION)
One Franklin Parkway, Building 910
San Mateo, CALIFORNIA 94403

CLASS 9: Interactive entertainment software, namely, computer and video game software; downloadable computer software, namely, computer and video game software; electronic downloadable publications in the nature of manuals and user guides in the field of computer software; data recorded electronically from the Internet, namely, downloadable audio files and downloadable video recordings featuring computer and video game play; applications downloadable from a website, namely, downloadable computer and video game software; electronic game programs; software for downloading, transmitting, receiving, providing, publishing, extracting, encoding, decoding, reading, storing and organizing audiovisual, video-graphic and written data, namely, software for managing computer and video games for use in social networking; computer software for gathering, processing, monitoring, analyzing, managing and reporting information, namely, database management software and computer antivirus software; computer software for gathering, processing, monitoring, analyzing, managing and reporting information concerning usage and performance of software, computer software applications, computer and video games, websites, virtual worlds and audio visual content for use in the field of computer software design and computer game programming; computer software for gathering, processing, analyzing, managing and reporting information concerning online, Internet and web site activity, namely, database management software and computer antivirus software; electronic notice boards; computer game software for use on mobile telephones; fitted plastic covers known as skins for protecting mobile telephones, mobile telephone cases and mobile telephone covers; pre-paid gift and debit cards that are magnetically encoded; computer software to enable uploading, downloading, accessing, posting, displaying, editing and blogging of electronic media and information via computer and communication networks; software for sending and receiving electronic messages, graphics, images and audio and audio visual content via global communication networks; computer software for the collection, editing, organizing, modifying, transmission, storage and sharing of data and information; computer software for editing, modifying, compiling, storing and sharing video; virtual reality headsets

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

CLASS 28: Toy vehicles; toy action figures and accessories therefor; plastic character toys; rubber character toys; plush dolls; construction toys; stuffed toys; toy figures and accessories therefor; molded toy figures; toy cars; toy sporting equipment, namely, toy dart projectile shooters and toy darts for use therewith; toy ball projectile shooters and toy balls for use therewith; card games; board games; toy boxing playsets and accessories therefor; games and toys, namely, toy figures featuring radio frequency identification (RFID) chips and tags therein; action figures featuring radio frequency identification (RFID) chips and tags therein; collectible board game pieces; puzzles; toy armor, namely, shields

FIRST USE 2-1-2017; IN COMMERCE 2-1-2017

CLASS 41: Entertainment and education services, namely, providing online electronic, computer and video games by means of the Internet; online video and computer game services provided via a global computer network; organizing computer and video game

competitions; providing non-downloadable games and educational entertainment services, namely, providing online computer games and providing temporary use of non-downloadable video games; education and entertainment services provided by computer networks, television, mobile telephone, cable and other electronic means, namely, providing online computer games; entertainment services, namely, preparation of special effects and editing and production of cinematographic, televisual, digital and motion picture films, radio and television programs; multimedia publishing of computer and video games and computer and video games software; multimedia publishing of entertainment and educational software; arranging, organizing and conducting conferences and seminars about computer software and video games for educational purposes; entertainment services in the form of a continuing program about computer and video games accessible via television, radio, cable, satellite and Internet; production and presentation of television programs, radio shows, films and videos about computer and video games; providing a website featuring online non-downloadable computer and video game software; providing online computer and video games; magazine and newspaper publishing; organization, production and presentation of events for educational, cultural and entertainment purposes, namely, organizing and conducting computer game competitions and educational conventions; organizing computer games for education purposes; providing Internet-based games, namely, providing online computer games and providing online video games; providing information, advisory and consultancy services in connection with the aforementioned services; educational services relating to entertainment, namely, providing entertainment information about online non-downloadable computer and video games; providing on-line information about entertainment and education from a computer database accessible via the Internet, communications satellite and microwave transmission

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

The mark consists of the wording "ROBLOX" in stylized font whereby each letter "O" is represented by a concentric square design and the first letter "O" is angled.

OWNER OF U.S. REG. NO. 3280422, 4063635

SER. NO. 87-977,012, FILED 02-23-2017