# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-317-686

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

## Title

**Title of Work:** Brookhaven Customer Avatar

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 23, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Daniel Wolf
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Wolf
5375 N Palio Ave., Meridian, ID, 83646, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published avatar body

**New material included in claim:** 2-D artwork

## Certification

**Name:** Mark Barbolak
**Date:** September 09, 2022

**Correspondence:** Yes

Page 1 of 2

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).





# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-317-699**

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

---

## Title

**Title of Work:** Brookhaven Customer Avatar Figurine

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 15, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Roblox Corporation
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Roblox Corporation
970 Park Pl., Suite 100, San Mateo, CA, 94403, United States

## Limitation of copyright claim

**Material excluded from this claim:** Based on 2-D artwork with pending registration application

**New material included in claim:** sculpture

## Certification

**Name:** Mark Barbolak
**Date:** September 09, 2022

---

**Correspondence:** Yes

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).




# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-689

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

---

## Title

**Title of Work:** Claire Dancefiend Avatar

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Roblox Corporation
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Roblox Corporation
970 Park Pl., Suite 100, San Mateo, CA, 94403, United States

## Certification

**Name:** Mark Barbolak
**Date:** September 09, 2022

---

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).





# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-693

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

## Title

**Title of Work:** Claire Dancefiend Avatar Figurine

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 23, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Roblox Corporation
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Roblox Corporation
970 Park Pl., Suite 100, San Mateo, CA, 94403, United States

## Limitation of copyright claim

**Material excluded from this claim:** Based on 2-D artwork with pending registration application

**New material included in claim:** sculpture

## Certification

**Name:** Mark Barbolak
**Date:** September 09, 2022

**Correspondence:** Yes

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).




# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-317-700

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

## Title

**Title of Work:** Stylz Salon Stylist Avatar

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** March 01, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Shark Fin Studios LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Shark Fin Studios, LLC
13221 SW 230TH ST, MIAMI, FL, 33170, United States

## Limitation of copyright claim

**Material excluded from this claim:** Previously published avatar body

**New material included in claim:** 2-D artwork

## Certification

**Name:** Mark Barbolak
**Date:** September 09, 2022

**Correspondence:** Yes

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-317-682

**Effective Date of Registration:**
September 09, 2022
**Registration Decision Date:**
September 12, 2022

---

## Title

| | |
|---|---|
| Title of Work: | Stylz Salon Stylist Avatar Figurine |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2018 |
| Date of 1st Publication: | August 23, 2018 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| ● Author: | Roblox Corporation |
| Author Created: | sculpture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Roblox Corporation |
| | 970 Park Pl., Suite 100, San Mateo, CA, 94403, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | Based on 2-D artwork with pending registration application |
| New material included in claim: | sculpture |

## Certification

| | |
|---|---|
| Name: | Mark Barbolak |
| Date: | September 09, 2022 |

---

| | |
|---|---|
| Correspondence: | Yes |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-291-083

**Effective Date of Registration:**
February 14, 2022
**Registration Decision Date:**
March 21, 2022

## Title

| | |
|---|---|
| **Title of Work:** | builderman |
| **Previous or Alternate Title:** | BuilderMan |
| | Builderman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2011 |
| **Date of 1st Publication:** | December 31, 2011 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Roblox Corporation |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Roblox Corporation |
| | 970 Park Pl, San Mateo, CA, 94403, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | previously published BuilderMan (prior version of the avatar) |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | IP Spring |
| **Name:** | Elizabeth Ruzich |

Page 1 of 2

|  |  |
|---|---|
| **Email:** | elizabeth.ruzich@ipspring.com |
| **Telephone:** | (678)595-3977 |
| **Address:** | 180 North LaSalle, Suite 3700 |
|  | Chicago, IL 60601 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Elizabeth Ruzich |
| **Date:** | February 14, 2022 |
| **Applicant's Tracking Number:** | RC-CO-04-01 |

| **Copyright Office notes:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
|---|---|





Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Copyright Number = VA000230384

Search Results: Displaying 7 of 10 entries



---

Labeled View

*builderman toy.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002303846 / 2022-04-19 |
| **Application Title:** | builderman toy. |
| **Title:** | builderman toy. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Roblox Corporation. Address: 970 Park Pl, San Mateo, CA, 94403, United States. |
| **Date of Creation:** | 2017 |
| **Date of Publication:** | 2017-12-31 |
| **Nation of First Publication:** | United States |
| **Alternative Title on Application:** | BuilderMan |
| | Builderman |
| **Authorship on Application:** | Roblox Corporation, employer for hire; Domicile: United States. Authorship: sculpture. |
| **Previous Registration:** | 2022, VA0002291083. |
| **Pre-existing Material:** | based on previously registered 2-D artwork. |
| **Basis of Claim:** | sculpture. |
| **Rights and Permissions:** | Elizabeth Ruzich, IP Spring, 180 North LaSalle, Suite 3700, Chicago, IL, 60601, United States, (678) 595-3977, elizabeth.ruzich@ipspring.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Roblox Corporation |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format Full Record ▾  Format for Print/Save |

Enter your email address: [                    ] [ Email ]

---

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-304-564

**Effective Date of Registration:**
April 20, 2022
**Registration Decision Date:**
June 17, 2022

## Title

| | |
|---|---|
| **Title of Work:** | builderman video character |
| **Previous or Alternate Title:** | BuilderMan |
| | Builderman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 30, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Roblox Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Roblox Corporation |
| | 970 Park Pl, San Mateo, CA, 94403, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | previously published BuilderMan (prior version of the avatar) |
| **Previous registration and year:** | pending, 2022 |
| | pending, 2022 |
| **New material included in claim:** | motion picture |

## Rights and Permissions



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-357-603

**Effective Date of Registration:**
July 14, 2022
**Registration Decision Date:**
July 14, 2022

## Title

| | |
|---|---|
| Title of Work: | Cindy Avatar |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | December 11, 2019 |
| Nation of 1st Publication: | China |

## Author

| | |
|---|---|
| • Author: | Jiangli Ge |
| Author Created: | Audiovisual Work |
| Work made for hire: | No |
| Citizen of: | China |
| Year Born: | 1990 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Roblox Corp. |
| | 970 Park Place, Suite 100, San Mateo, CA, 94401, United States |
| Transfer statement: | By written agreement |

## Certification

| | |
|---|---|
| Name: | Mark Barbolak |
| Date: | July 14, 2022 |

| | |
|---|---|
| Correspondence: | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-357-608

**Effective Date of Registration:**
July 14, 2022
**Registration Decision Date:**
July 14, 2022

## Title
_____

Title of Work: Dennis Avatar

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: December 11, 2019
Nation of 1st Publication: United States

## Author
_____

- Author: Jiangli Ge
  Author Created: Audiovisual Work
  Work made for hire: No
  Citizen of: China

## Copyright Claimant
_____

Copyright Claimant: Roblox Corp.
970 Park Place, Suite 100, San Mateo, CA, 94401, United States
Transfer statement: By written agreement

## Certification
_____

Name: Mark Barbolak
Date: July 14, 2022

Correspondence: Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-357-639

**Effective Date of Registration:**
July 14, 2022
**Registration Decision Date:**
July 15, 2022

---

## Title
 

**Title of Work:** Kenneth Avatar

## Completion/Publication
 

**Year of Completion:** 2019
**Date of 1st Publication:** December 11, 2019
**Nation of 1st Publication:** China

## Author
 

- **Author:** Jiangli Ge
  **Author Created:** Audiovisual Work
  **Work made for hire:** No
  **Citizen of:** China
  **Year Born:** 1990

## Copyright Claimant
 

**Copyright Claimant:** Roblox Corp.
970 Park Place, Suite 100, San Mateo, CA, 94401, United States
**Transfer statement:** By written agreement

## Certification
 

**Name:** Mark Barbolak
**Date:** July 14, 2022

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-357-611

**Effective Date of Registration:**
July 14, 2022
**Registration Decision Date:**
July 14, 2022

---

## Title

| | |
|---|---|
| **Title of Work:** | Lindsey Avatar |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | December 11, 2019 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | Jiangli Ge |
| **Author Created:** | Audiovisual Work |
| **Work made for hire:** | No |
| **Citizen of:** | China |
| **Year Born:** | 1990 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Roblox Corp.<br>970 Park Place, Suite 100, San Mateo, CA, 94401, United States |
| **Transfer statement:** | By written agreement |

## Certification

| | |
|---|---|
| **Name:** | Mark Barbolak |
| **Date:** | July 14, 2022 |

| | |
|---|---|
| **Correspondence:** | Yes |